IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ERIC C. LLOYD,<br><br>             Petitioner,<br><br>    v.<br><br>J. T. SHARTLE,<br><br>             Respondent. | Civil Action No. 11-1419 (JBS)<br><br>**ORDER** |

This matter came before the Court upon the motion of Petitioner, Eric C. Lloyd, for default judgment [Docket Item 10]; and

The Court having received the opposition of Respondent dated August 30, 2011 [Docket Item 11]; and

The Court finding that the Respondent's Answer, filed August 22, 2011 [Docket Item 9], was timely under this Court's Order of July 6, 2011, entered July 8, 2011 [Docket Item 5];

IT IS, this   **31st**   day of **August, 2011,** hereby

**ORDERED** that Petitioner's motion for default judgment shall be, and it hereby is, **DENIED.**

                                         s/ Jerome B. Simandle
                                        JEROME B. SIMANDLE
                                        U.S. District Judge